UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00378-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DOMINIQUE DASHAWN WATSON | |

UPON Motion by Defendant, Dominique Dashawn Watson, and for good cause shown, it is hereby ordered that Docket Entry Number 35 be sealed as motioned.

This 3rd day of January, 2020.

Honorable Louise Wood Flanagan
United States District Judge